Paulette J Myers James

PO Box 1071

Sumner WA 98390



October 29, 2018

The United States District Court of Eastern District of Tennessee

800 Market St Suite 130

Knoxville TN 37902

To whom it may concern.

My Address has changed for Case #3:18-cv-00356-CLC-DPC  Collier/ Poplin

Paulette Myers James vs SASE Company LLC

| Mailing address | Physical Address |
|---|---|
| PO Box 1071 | 6709 47th Street CT W |
| Sumner WA 98390 | University Place WA 98466 |

Thank you for your help in this matter.

Please let me know if there is anything else I need to do in this matter.

*Paulette J Myers James*

Paulette J Myers James

