IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| PAULETTE MYERS JAMES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:18-CV-356 |
| SASE COMPANY, LLC, | ) | **JURY DEMAND** |
| Defendant. | ) | |

## DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant SASE Intermediate Holdings, Inc. ("Defendant"), misidentified in the case caption as SASE Company, LLC, makes the following disclosure:

1. Defendant is a corporation organized under the General Corporation Laws of Delaware.

2. Defendant has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1.

Respectfully submitted,

s/ Charles K. Grant
Charles K. Grant, No. 017081
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of November, 2018, a copy of the foregoing document was served via U.S. Mail on:

Paulette Myers James
PO Box 1071
Sumner, WA 98390
    and
6709 47th Street Ct W
University Place, WA 98466

s/ Charles K. Grant
Charles K. Grant