UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| PAULETTE MEYERS JAMES, | ) | |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | No. 3:18-cv-356 |
| v. | ) | |
| | ) | Judge Collier |
| SASE COMPANY, LLC, | ) | Magistrate Judge Poplin |
| | ) | |
| *Defendant.* | ) | |

## **O R D E R**

The Court is in receipt of emails sent between *pro se* Plaintiff, Paulette Meyers James, and counsel for Defendant, SASE Company, LLC, in which the Court's chambers email address was copied. The emails discuss matters which fall within the purview of the parties and not the Court, such as the drafting of a 26(f) discovery plan.

As stated in the Court's judicial preferences,[1] the Court discourages written correspondence from parties. Any requests for action by the Court and the submission of information to the Court should be made by motion or other appropriate filing on the Court's docket, not by email. While the Court's law clerks may occasionally communicate with parties by email on purely administrative matters, the Court's chambers email address is to be limited to that purpose, only. Accordingly, it is **ORDERED** that the parties familiarize themselves with the Court's judicial preferences and cease coping the Court's chambers email address on emails which solely concern matters between the parties.

**SO ORDERED.**

---

[1] Available at https://www.tned.uscourts.gov/content/curtis-l-collier-senior-united-states-district-judge.

**ENTER:**

                                        **/s/**_____
                                        **CURTIS L. COLLIER**
                                        **UNITED STATES DISTRICT JUDGE**